UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Jane Doe
                  Plaintiff,

v.                                         Case No.: 1:26–cv–01627
                                                      Honorable April M. Perry

Scott Thomas
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 19, 2026:

      MINUTE entry before the Honorable April M. Perry: Motion hearing held 2/19/2026. Plaintiff's motion for a protective order and to proceed under a pseudonym [6] is entered and continued. The parties are asked to file a joint status report by 2/26/2026 that discusses whether any portion of Plaintiff's motion is agreed, and if it is not, setting forth a proposed briefing schedule. To the extent there is agreement, the parties may submit a proposed order to Proposed_Order_Perry@ilnd.uscourts.gov Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.