IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Jane Doe, <br><br> Plaintiff, <br> v. <br><br> Scott Thomas, <br><br> Defendant. | 26-cv-01627 <br><br> Hon. April Perry |

## PLAINTIFF'S UNOPPOSED MOTION TO FILE NOTICE OF IDENTITY UNDER SEAL

Plaintiff Jane Doe respectfully requests that the Court grant her leave to file a Notice of Identity under seal to inform the Court of her true identity, in order to facilitate the Court's conflict screening process. In support of her Motion, Plaintiff states as follows:

1. On February 12, 2026, Plaintiff filed this case alleging sexual assault in violation of the Illinois Gender Violence Act. ECF 1.

2. On February 13, 2026, Plaintiff filed a Motion to Proceed Under a Pseudonym and Motion for Protective Order. ECF 6. On February 19, 2026, Plaintiff presented her Motion, which the Court entered and continued pending the parties' conference regarding whether Defendant would file an objection. ECF 9.

3. On February 26, 2026, the parties filed a status report indicating that Defendants object to Plaintiff's Motion and intends to respond to March 26, 2026. ECF 11.

4. In the meantime, while the parties brief Plaintiff's Motion, Plaintiff wishes to inform the Court of her true identity by filing a Notice of Identity under seal. For the

reasons stated in Plaintiff's Motion, Plaintiff believes her identity should be protected from public disclosure unless the Court orders otherwise.

    5.    Defendant does not object to this motion.

WHEREFORE, Plaintiff respectfully requests leave to file a Notice of Identity under seal.


Dated: February 26, 2026                          Respectfully submitted,

                                                         JANE DOE,


                                     By:     */s/ Emily R. Brown*
                                                      One of Her Attorneys


Emily R. Brown
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602
(312) 604-2706
ebrown@hsplegal.com


Deborah Rzasnicki Hogan
Marlee Rich
Chicago Alliance Against Sexual Exploitation
307 N. Michigan Avenue, Suite 1020
Chicago, IL 60601
(773) 244-2230 ext. 216
dhogan@caase.org
mrich@caase.org