## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jane Doe
                    Plaintiff,

v.                                           Case No.: 1:26–cv–01627
                                                    Honorable April M. Perry

Scott Thomas
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 27, 2026:

      MINUTE entry before the Honorable April M. Perry: The Court has reviewed the status report submitted by the parties [11] and adopts their proposed briefing schedule for the motion to proceed under a pseudonym [6]: response to the motion is to be filed by 3/26/2026 and a reply is to be filed by 4/9/2026. Oral ruling is set for 4/16/2026 at 10:00 a.m. in person in Courtroom 1725. Plaintiff's unopposed motion to file Plaintiff's identity under seal for the purposes of conflict screening [12] is granted. Plaintiff is given permission to file a sealed document giving the parties and Court notice of her true name. There is no need for the parties to appear for the motion hearing date of 3/4/2026. Mailed notice(jcc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.