**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Jane Doe

          Plaintiff,

v.

Scott Thomas

          Defendant.

Case No.: 1:26–cv–01627
Honorable April M. Perry

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 1, 2026:

      MINUTE entry before the Honorable April M. Perry: Plaintiff's motion to seal Exhibit A to Defendant's Opposition [19] is denied. Exhibit A is a document that was apparently publicly filed in Cook County Circuit Court more than four years ago. It uses only Plaintiff's initials, which are a common method of anonymously identifying victims in public court filings. In short, given that it has already been publicly filed in another court and does not use Plaintiff's name, the fact that it is "more available to the public," doc. 19 at 2, by virtue of also being on ECF does not provide persuasive reason for this Court to seal it now. The Court strikes the motion hearing date of 4/7/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.