**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jane Doe

           Plaintiff,

v.

Scott Thomas

           Defendant.

Case No.: 1:26–cv–01627
Honorable April M. Perry

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 16, 2026:

      MINUTE entry before the Honorable April M. Perry: Plaintiff's motion for a protective order [51] is denied, as Plaintiff already has a motion for a protective order pending before the Magistrate Judge and duplicative motions are inappropriate. Plaintiff should have either requested an extension of time to file her confidential materials or requested a ruling from the Magistrate Judge rather than choosing to file materials under seal and then refusing to provide them to the defense. That said, the Court's briefing scheduling was obviously not intended to force the disclosure of confidential materials without a protective order. Therefore, the exhibits will be marked as "attorneys' eyes only" and immediately produced to defense counsel, who will treat them as confidential until such time as the Magistrate Judge has ruled on the motion for protective order. Once the Magistrate Judge has ruled, that ruling will apply to the materials. Defendant's "emergency" motion to strike and for sanctions [56] is denied. A dispute about document confidentiality and a four–day delay in getting exhibits is not an emergency. Defendant also could have just asked for an extension of time to reply to account for the time lost waiting for the documents rather than engaging in motion practice. This is not a crisis and no "serious harm," Doc. 56 at 4, has been caused to anyone. The only needless cost increases have been due to both counsels' choices to follow the path of most resistance. Defendant's reply deadline is advanced to 6/24/2026 to account for the days Defendant did not have the exhibits. No depositions will be allowed on this motion. Counsel can make appropriate arguments about the unreliability of the expert without discovery practice. The Court strikes the motion hearing date of 6/18/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.