# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Jane Doe

             Plaintiff,

v.

                                        Case No.: 1:26–cv–01627

                                        Honorable April M. Perry

Scott Thomas

             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2026:

      MINUTE entry before the Honorable Jeannice W. Appenteng: For the reasons set forth in the accompanying order, plaintiff's motion for entry of confidentiality order and HIPAA protective order [39] is granted. The parties shall review each order in detail. Enter Order. Enter Confidentiality Order and HIPAA Protective Order. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.