**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jane Doe
Plaintiff,
v.
Scott Thomas
Defendant.

Case No.: 1:26−cv−01627
Honorable April M. Perry

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 11, 2026:

MINUTE entry before the Honorable April M. Perry: Joint motion to reschedule the 10/14/2026 hearing [78] is granted. The Court strikes the hearing date and requests that the parties file a joint status report by 11/11/2026 proposing new hearing dates, if settlement negotiations have been unsuccessful. There is no need for the parties to appear at the motion hearing scheduled for 9/15/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.