**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jane Doe

Plaintiff,

v.

Case No.: 1:26−cv−01627
Honorable April M. Perry

Scott Thomas

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 13, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed the parties' 11/13/2026 joint status report [86], which indicates that substantial discovery remains. The parties propose a new fact discovery deadline. The Court construes this as a motion to extend the discovery deadline, which is granted. Fact discovery shall close on 4/30/2027. Further extensions will not be granted absent a motion supported by good cause and extraordinary circumstances. The Court will set an expert discovery schedule at a later date. By 12/14/2026, the parties shall file a joint status report setting forth what discovery has been completed, what discovery remains, and whether any disputes require the Court's attention. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.